**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:19CR197** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **BRANDON CORDERO** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [30]. The parties are in the process of resolving this case short of trial. For good cause shown,

**IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [30]] is granted, as follows:

1. The jury trial, now set for February 11, 2020, is continued to **April 14, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 14, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: February 4, 2020.**

        **BY THE COURT:**


        **s/ Michael D. Nelson
        United States Magistrate Judge**